# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0850

VERSUS

JONATHAN FOX                                          **OCTOBER 1, 2021**

---

In Re:    Jonathan Fox, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, Nos.
          97-33, 97-34, 97-35, 97-36.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT